AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

*Page 2*

### Return

| Case No.:<br>2:24-MJ-01341 | Date and time warrant executed:<br>March 12, 2024 | Copy of warrant and inventory left with:<br>Jared Swensen |
|---|---|---|

Inventory made in the presence of :
Special Agent Ashley Strickland, US-DOT-OIG

Inventory of the property taken and name of any person(s) seized:
See attached inventory.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  March 24, 2024

_Anthony Albro_
_Executing officer's signature_

Special Agent Anthony Albro
_Printed name and title_

**24-003**



**U.S. Department of Transportation**

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT



| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| **Jared Swensen** | **I23A005R502** | 3/12/2024 | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **1701 W. 5th Street**<br>**Oxnard, CA 93030** |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|
| ☐ YES   ☐ NO | | ☐ YES | ☐ NO |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | **BOX/Container Number** 1 |
| | | | **Room Code**          **Description** |
| 1 | | | **D3**    **Invoices, part listings, and various correspondence** |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA ANTHONY ALBRO *[signature]* | *Ashley Strickland* *[signature]* |

Form IGF 1600.14 (12/83)          CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 3/12/24 | PRINT NAME AND TITLE **Via Search Warrant** <br><br> ORGANIZATION <br><br> SIGNATURE | PRINT NAME AND TITLE **Ashley Strickland** <br><br> ORGANIZATION US DOT-OIG <br><br> SIGNATURE *Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | |
| | | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | |
| | | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | |
| | | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | PRINT NAME AND TITLE <br><br> ORGANIZATION <br><br> SIGNATURE | |

**REMARKS**

## FINAL DISPOSAL ACTION

**FINAL DISPOSAL AUTHORITY**

_____   _____   _____
NAME (PRINTED)                    RANK/TITLE              ORGANIZATION

**PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION**

NAME                          ORGANIZATION                    SIGNATURE/DATE

1. _____   _____   _____

2. _____   _____   _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)



24-004

**U.S. Department of Transportation**

Office of Inspector General

**EVIDENCE CUSTODY DOCUMENT**

| CASE TITLE | | | PROJECT NUMBER | | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|---|---|---|
| **Jared Swensen** | | | **I23A005R502** | | **3/12/2024** | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **1701 W. 5th Street** |
| | **Oxnard, CA 93030** |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|
| ☐ YES   ☐ NO | | ☐ YES | ☐ NO |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number   2 |
| | | | Room Code         Description |
| 1 | | | C1    Robinson R22 Illustrated Parts Catalog |
| 2 | | | C1    N7508Z R-44 Overhaul Binder |
| 3 | | | C1    Invoices and Robinson Manual |
| 4 | | | E4    Document Receipt |
| 5 | | | E6    E-mail printout |
| 6 | | | E10   Metal Part |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA ANTHONY ALBRO *(signature)* | Ashley Strickland, *Ashley Strickland (signature)* |

Form IGF 1600.14 (12/83)                                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 46 | 3/12/24 | PRINT NAME AND TITLE<br>Via Search Warrant<br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>Ashley Strickland<br>ORGANIZATION<br>US DOT-OIG<br>SIGNATURE<br>*Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____    _____    _____
NAME (PRINTED)                RANK/TITLE        ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|------|-------------|----------------|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

**24-005**



U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | | | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|---|---|
| Jared Swensen | | | I23A005R502 | 3/12/2024 | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 1701 W. 5th Street<br>Oxnard, CA 93030 |

| TO BE RETURNED<br>☐ YES    ☐ NO | GRAND JURY MATERIAL – DISSEMINATE<br>ONLY UNDER RULE 6(e), F.R.C.P.    ☐ YES    ☐ NO |
|---|---|

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE – MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number    3 |
| | | | Room Code         Description |
| 1 | | | D3      Invoices & Banking Statements |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA Anthony Alonso | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)                          CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1 | 3/12/24 | PRINT NAME AND TITLE<br>**Via Search Warrant**<br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>**Ashley Strickland**<br>ORGANIZATION<br>US DOT-OIG<br>SIGNATURE<br>*Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

| | | |
|---|---|---|
| NAME (PRINTED) | RANK/TITLE | ORGANIZATION |

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|------|--------------|----------------|
| 1. | | |
| 2. | | |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)



24-006



U.S. Department of Transportation

Office of Inspector General

## EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | | | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|---|---|
| **Jared Swensen** | | | **I23A005R502** | **3/12/2024** | |
| NAME OF PERSON FROM WHOM PROPERTY SEIZED | | | LOCATION WHERE PROPERTY SEIZED | | |
| | | | **1701 W. 5th Street** | | |
| **As per Search Warrant** | | | **Oxnard, CA 93030** | | |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|
| ☐ YES  ☐ NO | | ☐ YES | ☐ NO |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | **BOX/Container Number** 4 |
| | | | **Room Code**          *Description* |
| 1 | | | **D3**    Invoices |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA ANTHONY ALBRO | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 3/12/24 | PRINT NAME AND TITLE **Via Search Warrant** ORGANIZATION SIGNATURE | PRINT NAME AND TITLE **Ashley Strickland** ORGANIZATION US DOT-OIG SIGNATURE *AshleyStrickland* | Storage |
| | | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | |
| | | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | |
| | | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | |
| | | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | PRINT NAME AND TITLE ORGANIZATION SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____ _____ _____
NAME (PRINTED)                                    RANK/TITLE                              ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                                          ORGANIZATION                              SIGNATURE/DATE

1. _____ _____ _____

2. _____ _____ _____
   MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

**24-007**



U.S. Department of Transportation

Office of Inspector General

## EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | | | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|---|---|
| **Jared Swensen** | | | **I23A005R502** | **3/12/2024** | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **1701 W. 5th Street** <br> **Oxnard, CA 93030** |

| TO BE RETURNED ☐ YES  ☐ NO | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | ☐ YES   ☐ NO |
|---|---|---|

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number  **5** |
| **1** | | | Room Code      Description <br> **D2**    Certificates, invoices, and inventories (8130s).  Customer files and banking records |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA Anthony Alano | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)      CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1 | 3/12/24 | PRINT NAME AND TITLE<br>**Via Search Warrant**<br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>**Ashley Strickland**<br>ORGANIZATION<br>US DOT-OIG<br>SIGNATURE<br>*Ashley Strickland* | Storage |
|  |  | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE |  |
|  |  | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE |  |
|  |  | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE |  |
|  |  | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE |  |

REMARKS

## FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____        _____        _____
NAME (PRINTED)                              RANK/TITLE                                   ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|------|--------------|----------------|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)



24-008

U.S. Department of Transportation
Office of Inspector General

## EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| **Jared Swensen** | **I23A005R502** | **3/12/2024** | |
| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED | | |
| **As per Search Warrant** | **1701 W. 5th Street** **Oxnard, CA 93030** | | |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|
| ☐ YES    ☐ NO | | ☐ YES    ☐ NO | |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number    **6** |
| | | | Room Code              Description |
| 1 | | | D5        Logbooks and Data Plates |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA Anthony Albro | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)                                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1 | 3/12/24 | PRINT NAME AND TITLE<br>Via Search Warrant<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>Ashley Strickland<br><br>ORGANIZATION<br>US DOT-OIG<br><br>SIGNATURE<br>*Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |

**REMARKS**

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____     _____     _____
NAME (PRINTED)                                            RANK/TITLE                   ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|------|--------------|----------------|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

**24-009**

U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| **Jared Swensen** | **I23A005R502** | **3/12/2024** | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **1701 W. 5th Street** **Oxnard, CA 93030** |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | |
|---|---|---|
| ☐ YES  ☐ NO | | ☐ YES    ☐ NO |

| ITEM | QUANTITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number    **7** |
| | | | Room Code          Description |
| 1 | | | D5      Logbooks, component pack slips, invoices |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA Anthony Alano | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1 | 3/12/24 | PRINT NAME AND TITLE<br>Via Search Warrant<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>Ashley Strickland<br><br>ORGANIZATION<br>US DOT-OIG<br><br>SIGNATURE<br>*Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |

**REMARKS**

## FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____ _____ _____
NAME (PRINTED) RANK/TITLE ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME ORGANIZATION SIGNATURE/DATE

1. _____ _____ _____

2. _____ _____ _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

**24-010**

U.S. Department of Transportation

Office of Inspector General

## EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| **Jared Swensen** | **I23A005R502** | 3/12/2024 | |
| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED | | |
| **As per Search Warrant** | **1701 W. 5th Street**<br>**Oxnard, CA 93030** | | |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|
| ☐ YES   ☐ NO | | ☐ YES   ☐ NO | |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number     8 |
| | | | Room Code _____     Description |
| 1 | | | D       Invoices, tax forms, and customer records |

NAME AND SIGNATURE OF WITNESS (IF AVAILABLE)
SA ANTHONY AVON

NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT
Ashley Strickland, *Ashley Strickland*

Form IGF 1600.14 (12/83)                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1 | 3/12/24 | PRINT NAME AND TITLE Via Search Warrant<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE Ashley Strickland<br>ORGANIZATION US DOT-OIG<br>SIGNATURE *Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |

**REMARKS**

## FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

| NAME (PRINTED) | RANK/TITLE | ORGANIZATION |
|---|---|---|

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|---|---|---|

1. _____

2. _____

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)



U.S. Department of Transportation

Office of Inspector General

**EVIDENCE CUSTODY DOCUMENT**

| CASE TITLE | | | PROJECT NUMBER | | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|---|---|---|
| Jared Swensen | | | I23A005R502 | | 3/12/2024 | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 1701 W. 5th Street<br>Oxnard, CA 93030 |

| TO BE RETURNED | | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|---|
| ☐ YES   ☐ NO | | | ☐ YES      ☐ NO | |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | **BOX/Container Number**   9 |
| | | | **Room Code**          **Description** |
| 1 | | | **D**      Tax Records and files |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA ANTHONY ALONS | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1 | 3/12/24 | PRINT NAME AND TITLE<br>**Via Search Warrant**<br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>**Ashley Strickland**<br>ORGANIZATION<br>US DOT-OIG<br>SIGNATURE<br>*Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |

**REMARKS**

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____ _____ _____
NAME (PRINTED)                            RANK/TITLE              ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|------|--------------|----------------|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

**24-012**

U.S. Department of Transportation

Office of Inspector General

## EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| Jared Swensen | I23A005R502 | 3/12/2024 | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 1701 W. 5th Street |
| | Oxnard, CA 93030 |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | |
|---|---|---|
| ☐ YES  ☐ NO | ☐ YES   ☐ NO | |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number  10 |
| | | | Room Code          Description |
| 1 | | | D        Invoices and Customer Files |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA Anthony Alon | Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)                          CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 3/12/24 | PRINT NAME AND TITLE: Via Search Warrant<br>ORGANIZATION:<br>SIGNATURE: | PRINT NAME AND TITLE: Ashley Strickland<br>ORGANIZATION: US DOT-OIG<br>SIGNATURE: *Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |

**REMARKS**

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____   _____   _____
NAME (PRINTED)                          RANK/TITLE                          ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                                ORGANIZATION                          SIGNATURE/DATE

1. _____   _____   _____

2. _____   _____   _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)



U.S. Department of Transportation
Office of Inspector General

**EVIDENCE CUSTODY DOCUMENT**



| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| **Jared Swensen** | **I23A005R502** | **3/12/2024** | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **1701 W. 5th Street** **Oxnard, CA 93030** |

| TO BE RETURNED ☐ YES ☐ NO | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | ☐ YES ☐ NO |
|---|---|---|

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number    11 |
| | | | Room Code          Description |
| 1 | | D8 | Bills of sale by aircraft |
| 2 | | D7 | Service Orders, aircraft maintenance records, maintenance & inspection records |
| 3 | | D6 | Ventura Adventures Check |
| 4 | | D4 | FAA 8130-3 Forms |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| SA Anthony Alamo | G. Ashley Strickland, Ashley Strickland |

Form IGF 1600.14 (12/83)                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-4 | 3/12/24 | PRINT NAME AND TITLE<br>Via Search Warrant<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br>Ashley Strickland<br><br>ORGANIZATION<br>US DOT-OIG<br>SIGNATURE<br>*Ashley Strickland* | Storage |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | PRINT NAME AND TITLE<br><br>ORGANIZATION<br><br>SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

| NAME (PRINTED) | RANK/TITLE | ORGANIZATION |
|---|---|---|

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|---|---|---|
| 1. | | |
| 2. | | |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

Seized Media List
Case: I23A003R502
Case Agent: Albro, Anthony
Authority to Search: warrant

U.S. Department of Transportation
Office of Inspector General
Computer Crimes Unit

| Item | Item Make | Serial Number | Media Type | Media Make | Serial Number |
| --- | --- | --- | --- | --- | --- |
| 1. Desktop | Dell | 4LGSKM1 | Hard Drive | Seagate | 9VMFHPHA |
| 2. Desktop | Dell | 4LGSKM1 | RAM Capture | | 23TGP9FW |
| 3. Desktop | Dell | 997LCX1 | Hard Drive | Seagate | |
| 4. Desktop | Dell | CWXL853 | Solid State Drive | Hynix | ND044976911604T5... |
| 5. Cell Phone | Samsung | 353570106183722 | | | |
| 6. Cell Phone | Apple | SLM3G6VQWH | | | |

Total Items Seized: 6
Total GBs Seized: 1,460

Chris Collins        3/2/2024